ERIC GRANT
United States Attorney
Catherine Swann
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PUSHPAVATHI SOMA,

                              Plaintiff,

            v.

JOSEPH B, EDLOW, et al.

                              Defendants.

CASE NO.  2:26-CV-01262-JDP

JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT

        Plaintiff and Defendants hereby stipulate and respectfully request that the Court extend the deadline for Defendants to respond for a very brief period of one week.

        In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of her Form I-526E and associated Form I-485 petitions. Plaintiff and counsel for Defendants are actively conferring relating to the underlying facts and law and the parties have certain unanswered questions relating to status. Counsel for Defendants is presently consulting with agency counsel in this regard. Given this status, the parties wish to continue this dialogue before the filing of Defendants' responsive pleading.

        Based on the foregoing, the new date for Defendants to file an answer or other pleading is June 12, 2026.

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME                                    1

Respectfully submitted,

Dated:  June 5, 2026

ERIC GRANT
United States Attorney


/s/ Catherine Swann
Catherine Swann
Assistant United States Attorney
Counsel for the United States


Dated:  June 5, 2026

/s/ Pushpavathi Soma (as
authorized on June 5, 2026
PUSHPAVATHI SOMA
Plaintiff in Pro Per

[PROPOSED] ORDER

IT IS SO ORDERED.


Dated:    June 11, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE